**FILED**

UNITED STATES COURT OF APPEALS

JUN 19 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

  v.

MICHAEL S. CARONA,

      Defendant - Appellant.

No. 09-50235

D.C. No. 8:06-cr-00224-AG-2
Central District of California,
Santa Ana

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appellee's unopposed motion for an extension of time to file a response to

appellant's motion for bail pending appeal is granted. The response is due June 29,

2009. The optional reply is due within seven days after service of the response.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Nina A. M. Greeley
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

---