FILED

UNITED STATES COURT OF APPEALS

JUL 30 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL S. CARONA,<br><br>Defendant - Appellant. | No. 09-50235<br><br>D.C. No. 8:06-cr-00224-AG-2<br>Central District of California,<br>Santa Ana<br><br>AMENDED ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  CANBY, THOMAS and IKUTA, Circuit Judges.

The court's July 27, 2009 order granting appellant's motion for bail pending appeal is amended as follows:

Appellant's motion for bail pending appeal is granted.  The parties agree that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released, and that the appeal is not for purpose of delay. Without prejudging the merits of the case, we conclude on a preliminary examination that the appeal appears to raise a "fairly debatable" question of law or fact that satisfies the standards for bail pending appeal enunciated in *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).  *See also* 18 U.S.C. § 1343(b).

The matter is remanded to the district court for the limited purpose of

nmg/MOATT

establishing appropriate conditions of release.

The briefing schedule established previously shall remain in effect.

2

09-50235