```
THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
BRETT A. SAGEL (CBN: 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:  Brett.Sagel@usdoj.gov
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CR 06-224-AG |
| Plaintiff, | FINDINGS AND ORDER REGARDING BAIL CONDITIONS OF DEFENDANT MICHAEL S. CARONA PENDING COMPLETION OF APPEAL |
| v. | |
| MICHAEL S. CARONA, | |
| Defendant. | |

**FINDINGS AND ORDER**

The Court finds the following:

The conditions of bail this Court imposed on defendant Carona in open court on January 16, 2009, and modified on February 12, 2009, as reflected in Docket Number 606, will remain in effect pending the completion of defendant's appeal with the following exception:

Defendant's travel is restricted to the Central District of California, however, defendant can travel to the Northern

District of California during weekdays to meet with his appellate counsel.

    IT IS SO FOUND AND ORDERED this <u>31</u> day of July, 2009.

                                              *[signature]*

                          HONORABLE ANDREW J. GUILFORD
                          UNITED STATES DISTRICT COURT JUDGE