1  Brian A. Sun (State Bar No. 089410)
   basun@jonesday.com
2  Christina D. Coates (State Bar No. 206062)
   ccoates@jonesday.com
3  Jason L. Liang (State Bar No. 251235)
   jliang@jonesday.com
4  JONES DAY
   555 South Flower Street
5  Fiftieth Floor
   Los Angeles, CA  90071-2300
6  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
7
8  Attorneys for Defendant
   MICHAEL S. CARONA
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL S. CARONA,<br><br>           Defendant. | Case No. SA CR 06-224 (AG)<br><br>**HON. ANDREW J. GUILFORD**<br><br>**NOTICE OF DEFENDANT'S SELF-SURRENDER** |

**NOTICE OF DEFENDANT'S SELF-SURRENDER**

**TO PLAINTIFF UNITED STATES OF AMERICA AND ITS COUNSEL OF RECORD AND TO THE COURT:**

PLEASE TAKE NOTICE that on January 25, 2011, Defendant Michael S. Carona self surrendered to FCI Englewood in Littleton, Colorado, the institution designated by the Bureau of Prisons as the facility where Defendant Carona is to serve the custodial sentence previously imposed by the Court.

Dated: January 25, 2011

Respectfully submitted,

JONES DAY

By: /s/
Brian A. Sun

Attorneys for Defendant
MICHAEL S. CARONA